UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ELOISE BAILEY AND AND JOHNNY BAILEY | CIVIL ACTION NO.:_____ |
| VERSUS | JUDGE: _____ |
| NK TRUCKING, LUIS PEREZ-GONZALEZ, AND HALLMARK INSURANCE COMPANY | MAGISTRATE:_____ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that PS BAGRI, INC DBA NK TRUCKING (referred to in the Petition for Damages as "NK Trucking"), LUIS PEREZ-GONZALEZ and HALLMARK INSURANCE COMPANY, Defendants in that certain proceeding entitled *"Eloise Bailey and Johnny Bailey versus NK Trucking, Luiz Perez-Gonzalez and Hallmark Specialty Insurance Company"* bearing Docket Number 49115, Division C, filed in the 5th Judicial District Court for the Parish of Richland, State of Louisiana, hereby files this Notice of Removal and removes this action to the United States District Court for the Western District of Louisiana, under 28 U.S.C.A. §1441 et seq.

A copy of this Notice of Removal is being served upon Bobby R. Manning and Brennan R. Manning, Manning Law Firm, as counsels for Plaintiffs, Eloise Bailey and Johnny Bailey, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Parish of Richland, State of Louisiana in conformity with 28 U.S.C. § 1446(d).  In addition, pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in Defendants' possession is attached hereto as Exhibit A.

Defendants respectfully submit that the grounds for removal of the action are as follows:

I.

On or about May 2, 2023, a Petition for Damages entitled *"Eloise Bailey and Johnny Bailey versus NK Trucking, Luiz Perez-Gonzalez and Hallmark Specialty Insurance Company"* bearing Docket Number 49115, Division C, filed in the 5th Judicial District Court for the Parish of Richland, State of Louisiana, which State court is within the jurisdiction of the United States District Court, Western District of Louisiana, Parish of Richland.

II.

Plaintiffs, Eloise Bailey and Johnny Bailey, set forth claims for damages arising out of personal injuries which allegedly occurred as a result of a motor vehicle accident on July 30, 2022, on Interstate 20 in Richland Parish, Louisiana. Named as defendants in the petition are NK Trucking, Luis Perez-Gonzalez and Hallmark Insurance Company.

TIMELINESS OF REMOVAL

III.

Counsel for plaintiffs requested service of process on NK Trucking via long-arm statute, and upon information and belief, service has not been completed as of June 12, 2023.

IV.

Counsel for plaintiffs requested service of process on Luiz Perez-Gonzalez via long-arm statute, and upon information and belief, service has not been completed as of June 12, 2023.

V.

Counsel for plaintiffs requested service of process on Hallmark Insurance Company through its registered agent, Louisiana Secretary of State, and service was made on May 16, 2023. (See Exhibit B).

VI.

As this Notice of Removal is being filed within 30 days of service of the Petition for Damages on Hallmark Insurance Company, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) and (2).

DIVERSITY OF CITIZENSHIP

VII.

Plaintiffs, Eloise Bailey and Johnny Bailey, assert in the Petition for Damages that they are both persons of the full age of majority domiciled in the Parish of Ouachita Parish, State of Louisiana. Therefore, Eloise Bailey and Johnny Bailey are both citizens of Louisiana.

VIII.

At the time of this action and at all times since, Defendant, PS BAGRI, INC dba NK Trucking, was and has been a corporation incorporated in the State of California, with its principal place of business in California. Therefore, PS BAGRI, INC dba NK Trucking is a citizen of the State of California.

IX.

At the time of this action and at all times since, Defendant, Luiz Perez-Gonzalez, was and has been a resident and domiciliary of the State of California. Therefore, Luiz Perez-Gonzalez is a citizen of the State of California.

X.

At the time of this action and at all times since, Defendant, Hallmark Insurance Company, was a corporation incorporated in the State of Arizona with its principal place of business in Texas. Therefore, Hallmark Insurance Company is a citizen of the State of Arizona and State of Texas.

XI.

Accordingly, complete diversity of citizenship exists between Plaintiffs, Eloise Bailey and Johnny Bailey, and Defendants, PS BAGRI, INC dba NK Trucking, Luiz Perez-Gonzalez., and Hallmark Insurance Company, as required for original jurisdiction to vest in the United States District Court for the Western District of Louisiana under 28 U.S.C.A. §1332.

## AMOUNT IN CONTROVERSY

XII.

Plaintiffs' Petition for Damages is silent as to the amount of damages allegedly sustained as a result of the alleged accident, and thus, it is not evident from the face of the petition that the amount in controversy exceeds $75,000.

XIII.

However, in paragraph 9 of their Petition for Damages, Elouise Bailey has alleged that she sustained the following damages: loss of enjoyment of life; loss of mobility; wheelchair expenses; and past, present and future medical expenses. Plaintiff, Johnny Bailey alleges that he has sustained the following damages: loss of use and property damages.

XIV.

Although plaintiffs' Petition for Damages is silent as to the amount of damages allegedly sustained as a result of this accident, counsel for plaintiffs, has provided Defendants with medical records and bills for treatment received by Eloise Bailey for injuries allegedly sustained in the subject accident, and those medical records and bills further support that amount in controversy requirement is met. Further, her medical bills are in excess of $140,000 [1]

---

[1] For the sake of judicial efficiency, all of the medical records and bills that Plaintiffs' counsel has provided to Defendants are not being attached to this Notice of Removal, as those records are voluminous. However, if the Court would like to review those records and bills, Defendants will gladly supplement this Notice of Removal and attach same.

XV.

The medical records of Elouise Bailey indicate that as a result of the subject accident, she sustained left leg/left foot paralysis and after she left the hospital after the subject accident, she was discharged to a skilled nursing facility for rehabilitation.

XVI.

On April 26, 2023 plaintiffs' counsel sent a demand in the amount of $1,129,000.

XVII.

Based on the foregoing, it is reasonable to conclude that Eloise Bailey's alleged damages exceed $75,000.00, and that the amount in controversy requirement of 28 U.S.C.A. §1332 is met.

CONCLUSION

XVIII.

Since there is complete diversity of citizenship between Plaintiffs and Defendants, and because the amount in controversy exceeds $75,000.00, the United States District Court for the Western District of Louisiana is vested with original jurisdiction over this action pursuant to 28 U.S.C.A. §1332 and 28 U.S.C.A. §1441, *et seq*.

XIX.

Pursuant to 28 U.S.C. § 1367, this Honorable Court has supplemental jurisdiction over any and all claims, if any, including the claims of Johnny Bailey, for which it does not have original jurisdiction.

WHEREFORE, Defendants, PS BAGRI, INC DBA NK TRUCKING, LUIZ PEREZ-GONZALEZ and HALLMARK INSURANCE COMPANY pray that this Notice of Removal be deemed good and sufficient and that the aforesaid Petition for Damages be removed from the 5th Judicial District Court for the Parish of Richland, State of Louisiana, to this Honorable Court for

trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such state court, and thereupon proceed with the civil action as if it had been commenced originally in this Honorable Court.

RESPECTFULLY SUBMITTED,

**THE DILL FIRM, APLC**

BY: *s/Vivian V. Neumann*
JAMES M. DILL (Bar Roll #18868)
VIVIAN V. NEUMANN (Bar Roll #20624)
825 Lafayette Street (70501)
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 1228
Direct: (337) 446-0373
Facsimile: (337) 261-9176
Email: jdill@dillfirm.com
vneumann@dillfirm.com
ATTORNEYS for PS BAGRI, INC DBA NK TRUCKING, LUIZ PEREZ-GONZALEZ and HALLMARK INSURANCE COMPANY

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding via email only.

Lafayette, Louisiana, this 12th day of June, 2023.

*s/Vivian V. Neumann*
VIVIAN V. NEUMANN