# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ELOUISE BAILEY, ET AL. | CIVIL ACTION NO. 23-782 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LUIS PEREZ-GONZALEZ, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Considering the foregoing joint motion to dismiss [Record Document 25],

**IT IS ORDERED** the above numbered and entitled cause be and the same is **DISMISSED WITH PREJUDICE**, with Defendants to pay all court costs in this matter.

**THUS DONE AND SIGNED** this 12th day of April, 2024.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE